

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Michael David York, Appellant

No. 06-23-00053-CR    v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29335). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the "Plea to Motion to Revoke" portion of the trial court's judgment by replacing the notation that York pled not true to Conditions 2 and 10 with the notation that he pled not true to Conditions 2 and 8. We further modify the judgment by replacing the trial court's findings with the following: "Defendant violated the following conditions of community supervision: 2 and 8." As modified, we affirm the judgment of the trial court.

We note that the appellant, Michael David York, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVERMBER 8, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk